UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| RONALD B. MYERS, ) | |
| ) | |
| Petitioner ) | |
| ) | |
| v. ) | Case No. 1:09-cv-02005-WMA |
| ) | |
| CONSTANCE REESE, WARDEN, ) | |
| ) | |
| Respondent ) | |

## **DISMISSAL ORDER**

On January 13, 2011, the magistrate judge's report and recommendation was entered and the parties were allowed therein fourteen (14) days in which to file objections to the recommendations made by the magistrate judge. On January 25, 2011, petitioner filed objections to the magistrate judge's report and recommendation.

After careful consideration of the record in this case, the magistrate judge's report and recommendation and the petitioner's objections thereto, the court hereby ADOPTS the report of the magistrate judge. The court further ACCEPTS the recommendations of the magistrate judge and it is, therefore,

ORDERED, ADJUDGED and DECREED that the petition for writ of habeas corpus in this action be and the same hereby is DISMISSED AS MOOT.

DONE this 11th day of January, 2013.

                                            _____
                                            WILLIAM M. ACKER, JR.
                                            UNITED STATES DISTRICT JUDGE